UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY JONES, | Case No. 25-13507 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| YVONNA ABRAHAM, et al., | |
| Defendants. | |
| _____ / | |

## JUDGMENT

In accordance with the Opinion and Order issued on December 11, 2025, the case is DISMISSED without prejudice.

SO ORDERED.

Date: December 11, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge